SA CV 06-172-AHS (ANx)                    Sept 3, 2006

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*SEP 20 2006*
*CENTRAL DISTRICT OF CALIFORNIA*

Dear Judge,

Enclosed are copies of notices received from the Thomas Seaman Company, "appointed" receiver of the Carolin Development Company, who has stated in writing that he is "disposing of the assets of (the "Company"), for the benefit of the "investor victims."

Each of these notices arrived late (too late) for me to make any required response in objection to the beneficiaries of these notices — Thomas Seaman & his apparent friends. I object to these outrageous fees, & request that the Judge here addressed, disallow "compensation for services" to the "applicants" named. At the rate of these fees for "services", we investor victims are surely not benefitting from these people who claim to be providing services to the investor victims.

I seriously request that you, as the presiding judge, in this matter put a stop to these greed oriented imposters.

Sincerely,
[signature]

Encl: Notice of hearing June 12, 2006 & Sept 11, 2006, E-mail 8/13/06

*DOCKETED ON CM   SEP 22 2006   BY ___  178*

(79)

RECEIVED
2006 SEP -8 PM 3:29
CHAMBERS OF
CHIEF JUDGE STOTLER - SA

ALAN H. MARTIN, Cal. Bar No. 132301
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile:  714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN, RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. SACV06-172 AHS(ANx) |
|---|---|
| Plaintiff, | Complaint Filed: February 16, 2006 |
| v. | NOTICE OF FIRST INTERIM FEE APPLICATIONS OF THOMAS A. SEAMAN, SHEPPARD MULLIN RICHTER & HAMPTON, COATS ROSE AND MACK BARCLAY INC. |
| LAMBERT VANDER TUIG (a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN, | [First Interim Fee Applications of Thomas A. Seaman, Sheppard Mullin Richter & Hampton, Coats Rose and Mack Barclay Inc. Filed Concurrently Herewith] |
| Defendants. | Hearing:<br>Date: June 12, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 10A<br>411 W. Fourth Street<br>Santa Ana, California |

-1-

---

PLEASE TAKE NOTICE THAT on June 12, 2006 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the First Interim Fee Applications of Thomas A. Seaman, Sheppard Mullin Richter & Hampton, Coats Rose and Mack Barclay, Inc. will be heard for compensation for services performed and costs incurred in connection with The Carolina Development Company, Inc. Receivership. The Fee Applications seek compensation for fees and reimbursement for costs incurred through April 30, 2006 and request fees and costs in the following amounts:

| Applicant | Fees | Costs |
|---|---|---|
| Thomas A. Seaman | $122,425.50 | $ 0.00 |
| Sheppard, Mullin, Richter & Hampton LLP | $126,417.50 | $14,575.65 |
| Coats, Rose, Yale, Ryman & Lee, P.C. | $ 35,092.50 | $ 757.38 |
| Mack Barclay Inc. | $ 51,042.50 | $ 4,898.81 |

PLEASE TAKE FURTHER NOTICE THAT in accordance with Local Rule 7-9, any objections to the Fee Applications must be filed with the Court not later than fourteen (14) days before the date designated for the hearing of the motion as well as served on all of the following parties: (i) Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin; (ii) Coats Rose, 3 East Greenway Plaza, Suite 2000, Houston, Texas 77046, Attention: Arthur Val Perkins; and (iii) Mack Barclay Inc., 402 West Broadway, 9th Floor, San Diego, California 92101, Attention: Michael R. Bandemer.

-2-

1  ALAN H. MARTIN, Cal. Bar No. 132301
2  NORMA V. GARCIA, Cal. Bar No. 223512
   MICHAEL A. WALLIN, Cal. Bar No. 240344
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California 92626-1993
   Telephone: 714-513-5100
5  Facsimile:  714-513-5130
   amartin@sheppardmullin.com
6
   Attorneys for THOMAS A. SEAMAN,
7  RECEIVER

8
9                  UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
11
12  SECURITIES AND EXCHANGE           Case No. SACV06-172 AHS(ANx)
    COMMISSION,
13                                    Complaint Filed: February 16, 2006
              Plaintiff,
14                                    NOTICE OF SECOND INTERIM
       v.                             FEE APPLICATIONS OF
15                                    THOMAS A. SEAMAN, SHEPPARD
    LAMBERT VANDER TUIG (a/k/a        MULLIN RICHTER & HAMPTON,
16  DEAN T VANDER TAG), THE           AND COATS ROSE
    CAROLINA DEVELOPMENT
17  COMPANY, INC. (a/k/a THE          [Second Interim Fee Applications Of
    CAROLINA COMPANY AT               Thomas A. Seaman, Sheppard Mullin
18  PINEHURST, INC.), AND             Richter & Hampton, and Coats Rose Filed
    JONATHAN CARMAN,                  Concurrently Herewith]
19
              Defendants.             Hearing:
20                                    Date:  September 11, 2006
                                      Time:  10:30 a.m
21                                    Place: Courtroom 10A
                                             411 W. Fourth Street
22                                           Santa Ana, California
23
24
25
26
27
28

W02-WEST:1MAW1\400158250.1        -1-

---

1        PLEASE TAKE NOTICE THAT on September 11, 2006 at 10:00 a.m
2  in Courtroom 10A of the United States District Court for the Central District of
3  California, Southern Division, located at 411 West Fourth Street, Santa Ana,
4  California 92701 (the "Court"), the Second Interim Fee Applications of Thomas A.
5  Seaman, Sheppard Mullin Richter & Hampton, and Coats Rose will be heard for
6  compensation for services performed and costs incurred in connection with The
7  Carolina Development Company, Inc. Receivership. The Fee Applications seek
8  compensation for fees and reimbursement for costs incurred from May 1, 2006
9  through July 31, 2006 in the following amounts:

| Applicant | Fees | Costs |
|---|---|---|
| Thomas A. Seaman | $144,603.00 | $ 0.00 |
| Sheppard, Mullin, Richter & Hampton LLP | $206,981.50 | $ 7,868.72 |
| Coats, Rose, Yale, Rymen & Lee, P.C. | $ 15,487.50 | $ 665.69 |

14         PLEASE TAKE FURTHER NOTICE THAT in accordance with Local
15  Rule 7-9, any objections to the Fee Applications must be filed with the Court not
16  later than fourteen (14) days before the date designated for the hearing of the motion
17  as well as served on all of the following parties: (i) Sheppard, Mullin, Richter &
18  Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626,
19  Attention: Michael A. Wallin; and (ii) Coats Rose, 3 East Greenway Plaza, Suite
20  2000, Houston, Texas 77046, Attention Arthur Val Perkins
21         Copies of each of the above-mentioned Fee Applications are available
22  at www.carolinareceivership.com   If you lack access to the internet, a copy of each
23  application can also be obtained by written request to Sheppard, Mullin, Richter &
24  Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626,
25  Attention: Michael A. Wallin.
26
27
28

W02-WEST:1MAW1\400158250.1        -2-

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Web Search: [      ] Go

msn Hotmail                                   Today | Mail | Calendar | Contacts          Options | Help

rgrover23@hotmail.com                                                                     New Message

Send | Save Draft | Attach | ! ↓ | Tools | Cancel

To: mail@carolinareceivership.com

Cc:

Bcc:

Subject:

Dear Mr. Seamen,
I recieved a letter from you dated August 2nd, 2006, which by the time I recieved it, I could not possibly make arrangements to attend.
I believe that the defendent in that matter, The Carolina Company at Pinehurst, A-K-A Lambert Vander and Tag, A-K-A various other names, was at the time the complaint was filed, under siege from the SEC to plee bargin the "complaints," and that the stock holders were left, and are, in the dark, concerning this matter. I am requesting the names and addresses of the 10 most monetarily involved stock holders in this matter.

Sincerly,
Joseph Springer DDS. MS, Stock Holder
cc: U.S District Court
Court Room: 10A

411 W fourth st.
Santa Ana, CA 92701

**Favorite Contacts**
Butt, Faizan <faizan333@hotmail.>
Daddy <mgrover153@aol.com>
Mom <kitu423@aol.com>
Sathi, Conal <bballsat3000@yahoo>
Simsim <simrart.grover@hotmal...>
Walla, Neal <neallo46@hotmail.cc>

Show All    Edit Favorites

Copy Message to Sent Folder

Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat                Feedback | Help
© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy



Joseph Springer M.D.
11100 E. 14th Ave.
Aurora, CO 80010



DENVER CO 802
05 SEP 2006 PM 10 L

To the presiding Judge
U.S. District Court
Court Room 10A
411 W. Fourth St.
Santa Ana, CA
92701

92701+4500

RECEIVED
SEP - 7 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy