SACV06-172-AHS(ANx)  RECEIVED
SEC v. Vander Tuig, et al.

2006 SEP 29 AM 10: 58

CHIEF JUDGE STOTLER - SA

Jeff and Heather Novinger
36403 Cherrywood Drive
Yucaipa, CA  92399
(909) 790-7998

SEND

Chief Judge Alice-Marie Stotler
United States Federal Court
411 West Fourth Street
Santa Ana, CA  92701

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 4 2006

CENTRAL DISTRICT OF CALIFORNIA
BY

September 26, 2006

Dear Chief Judge:

First, I would like to thank you for reading and considering what I am writing in this letter.

My husband and I are just one of the many families victimized by the Carolina Compnay investment scam. Our hearts and prayers go out to all those who lost their money. My husband works for the San Bernardino City Fire Department and was the last Fireman to get involved. We have a two year old and a four year old and were looking for a way to invest for their futures. We are not risk-takers by nature and very new to investing, so we were hesitant to get involved. After many conversations with the Carolina sales representative, we finally decided to invest our savings as we were promised that the worst case scenario would be that we would get our original investment back plus 3%.

We wrote our check on 2/9/06, and our bank told us that it did not clear until after the freeze, on 2/16/06. I have enclosed a copy of the front and back of our check. Since that day, my husband and I have suffered many sleepless nights, depression, and significant financial stress knowing that our life's savings is in terrible jeopardy. Knowing that our hard-earned money is just sitting in a frozen account seems wrong. My husband has taken it particularly hard, feeling like he is a failure and that he has let his family down. I have been so worried about his health, and I know that if our money was returned to us, a huge burden of guilt, pain, and anziety would be lifted from him. We have been praying that somehow, someway, we would be restored.

Your Honor, the reason I am writing this letter is to ask that you would please allow Thomas Seamen to release the investments back to those families who fall into this special cateogory, whose checks cleared on or after 2/16/06 when the accounts were frozen. Since this money was taken after the freeze, but is in the hands of the Receiver, it seems only logical that it should be returned to the rightful owners. If our investments were returned to us, we would be officially out of the claim, therefore benefitting the other investors in the end.

I hope that you would agree that this is truly a wonderful and exciting opportunity for at least some of the victims of this scam to see a happy ending to this very painful ordeal. You have the opportunity to restore financial and emotional health back to these families who have been hurt, and in our case, crippled. I pray you would agree that this is the right thing to do. Thank you, so much, in advance for your time and consideration in this matter; it means the world to us.

Very Sincerely,

Heather and Jeff Novinger

re: Case No. SACV06-172 AHS (ANx)



DOCKETED ON CM

OCT - 5 2006

BY                        178

86

```
JEFFREY T. NOVINGER                                          6012
HEATHER JEAN NOVINGER
36403 CHERRYWOOD DR
YUCAIPA, CA              522923359  02-16-06   7667   2/9/06

PAY TO THE
ORDER OF   CAROLINA  DEVELOPMET  CO        $25,000

   TWENTY FIVE THOUSAND DOLLARS    00/                   DOLLARS

Washington Mutual
Washington Mutual Bank, FA
San Bernardino-Plaza Financial Center 1206
330 N. D Street              1-800-788-7000
San Bernardino, CA 92401     24 hour Customer Service

NOTES _____

⑆322271627⑆  871396315⑈  6012  ⑆000 2500000⑆
```

```
INCLEARINGS
EL SEGUNDO CA
522923359  02-16-06

                    WFB NA  ZH  02152006
                    4989    0452040870S
                                 >1221-0527-8<
     C15            5984:        29 ESU 49
```

Deposit only on
account # 204105247R

re: Case No. SACV 06-172 AHS (ANx)