PSEND

SEC v Vander Tuig, et al.
SA CV 06-172-AHS

Oct 6, 2006

Dear Presiding Judge,

I am enclosing a copy of my latest correspondence from Thomas A. Seaman.

This, as has been his pattern is sent without sufficient notice for we stockholders, who are busy people to make arrangements to file objections.

It should be further noted, that Mr. Seaman does not date his applications or motions. Excuse me - they are dated on the back.

Since Mr. Seaman is an "appointed" receiver in this matter, I am requesting that the Court make any notice of his possibility of being "politically connected", & to follow up on possible money trails associated with his company, & those who are apparently seeking exorbitant financial gain in association with him.

I am sufficiently sophisticated to know, that appraisals are not necessarily needed, & that any competent realtor can provide "comparables" of adjacent properties, to get a "fair market value".

I further suggest that auctions are, about the worst way properties should be "sold", and request further of the court, that perhaps there are stockholders who may be professionals in the disposition of the holdings of the Company (Carolina Development Company), & that they would better serve in its disposition in their & the other stockholders interests.

I am not at all confident in Mr. Seaman's "appointment", & believe he & his "associates" are charging the stockholders exorbitant fees!

Sincerely,

Encl- fee applications
motions, dated 9/28/06

Joseph Springer, MD
11100 E. 14th Ave
Aurora, CO 80010

ALAN H. MARTIN, Cal. Bar No. 132201
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN,
RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN, <br><br> Defendants. | Case No. SACV06-172 AHS(ANx) <br><br> Complaint Filed: February 16, 2006 <br><br> **SECOND AMENDED NOTICE OF:** <br><br> (1) SECOND INTERIM FEE APPLICATIONS OF THOMAS A. SEAMAN, SHEPPARD MULLIN RICHTER & HAMPTON, AND COATS|ROSE; <br><br> (2) MOTION REQUESTING COURT DIRECTION CONCERNING TREATMENT OF PAYMENTS MADE BY INVESTORS TO THE CAROLINA DEVELOPMENT COMPANY, INC. JUST PRIOR TO THE APPOINTMENT OF THE RECEIVER; and <br><br> (3) MOTION FOR ORDER ESTABLISHING SALES PROCEDURES IN CONNECTION WITH PROPOSED SALE OF REAL PROPERTY LOCATED IN CELINA, TEXAS <br><br> Old Date: September 11, 2006 <br> First Amended Date: October 2, 2006 <br> Hearing: <br> New Date: October 16, 2006 <br> New Time: 11:00 a.m. <br> Place: Courtroom 10A <br> 411 W. Fourth Street <br> Santa Ana, California |

*Arrived Oct 3, 2006*

-1-

---

PLEASE TAKE NOTICE that the hearing on the Second Interim Fee Applications of Thomas A. Seaman, Sheppard Mullin Richter & Hampton, and Coats Rose for compensation for services performed and costs incurred in connection with The Carolina Development Company, Inc. Receivership has been moved from October 2, 2006 to October 16, 2006 at 11:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"). The Fee Applications seek compensation for fees and reimbursement for costs incurred from May 1, 2006 through July 31, 2006 in the following amounts:

| Applicant | Fees | Costs |
|---|---|---|
| Thomas A. Seaman | $144,603.00 | $ 0.00 |
| Sheppard, Mullin, Richter & Hampton LLP | $206,981.50 | $ 7,868.72 |
| Coats, Rose, Yale, Ryman & Lee, P.C. | $ 15,487.50 | $ 665.69 |

PLEASE TAKE FURTHER NOTICE that the hearings on the Receiver's Motion Requesting Court Direction Concerning Treatment Of Payments Made By Investors To The Carolina Development Company, Inc. Just Prior To The Appointment Of The Receiver, and the Receiver's Motion For Order Establishing Sales Procedures In Connection With Proposed Sale Of Real Property Located In Celina, Texas has been moved from October 16 at 10:00 a.m. to October 16 at 11:00 a.m. in the same courtroom.

PLEASE TAKE FURTHER NOTICE that in accordance with Local Rule 7-9, any objections to the Fee Applications or motions must be filed with the Court not later than fourteen (14) days before the October 2, 2006 date designated for the hearing of the motion as well as served on all of the following parties:

(i) Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626-1993, Attention: Michael A. Wallin; and

-2-

1  (ii) Coats Rose, 3 East Greenway Plaza, Suite 2000, Houston, Texas 77046,
2  Attention: Arthur Val Perkins.
3
4  Copies of each of the above-mentioned Fee Applications and motions
5  are available at www.carolinareceivership.com. If you lack access to the internet, a
6  copy of each application and motion can also be obtained by written request to
7  Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa
8  Mesa, California 92626-1993, Attention: Michael A. Wallin.
9
10 Dated: September 28, 2006
11                SHEPPARD MULLIN RICHTER & HAMPTON LLP
12
13     By  /s/ Michael A. Wallin
14            MICHAEL A. WALLIN
                Attorneys for
15         THOMAS A. SEAMAN, RECEIVER

-3-