SEC v. Vancetung, et al.
SACV 06-172-AHS (ANx)

Sept 26 - 06 SEND

2006 OCT -3 AM 8:09

CHIEF JUDGE STOTLER - SA

RECEIVED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To the presiding Judge,

You would have to be either naive or corrupt to go along with the Thomas Seamon Company. The travesty in this case is obviously upon the investors — to excuse any one of us for our naivete — but with — for gainful intent — that we loose; should provoke the question, why, the SEC approved of the "enterprise" to begin with?

That Thomas Seamon & Co entertain the stockholders — whose money is really involved, that he acts in our concern, considering the involved — is less than ridiculous!

In previous correspondence you may want to review by E-mail to Mr. Seamon, concerning his association with the SEC dtd 9/10/06

Sincerely,

[signature]

Joseph Springer M.D.
11100 E 14th Ave.
Aurora, CO 80010

DOCKETED ON CM
OCT 13 2006
BY ___ 178

95

ALAN H. MARTIN, Cal Bar No 132301
NORMA V. GARCIA, Cal Bar No. 223512
MICHAEL A. WALLIN, Cal Bar. No 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN,
RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAMBERT VANDER TUIG (a/k/a/ LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.) AND JONATHAN CARMAN,<br><br>Defendants. | Case No. SACV06-172 AHS(ANx)<br><br>Complaint Filed: February 16, 2006<br><br>**NOTICE OF MOTION REQUESTING COURT DIRECTION CONCERNING TREATMENT OF PAYMENTS MADE BY INVESTORS TO THE CAROLINA DEVELOPMENT COMPANY, INC. JUST PRIOR TO THE APPOINTMENT OF THE RECEIVER**<br><br>[Motion Requesting Court Direction Concerning Treatment of Payments Made by Investors to The Carolina Development Company, Inc. Just Prior to the Appointment of the Receiver Filed Concurrently Herewith]<br><br>Hearing:<br>Date: October 16, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 10A<br>411 W. Fourth Street<br>Santa Ana, California |

-1-

---

PLEASE TAKE NOTICE THAT on October 16, 2006 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the Motion Requesting Court Direction Concerning Treatment of Payments Made by Investors to The Carolina Development Company, Inc. Just Prior to the Appointment of the Receiver (the "Motion") will be heard in order for the Court to provide direction regarding whether (1) 11th Hour Payments should be returned directly to the particular parties that made the 11th Hour Payments, or (2) whether the 11th Hour Payments should be retained by the receivership estate and distributed in the future with other estate assets pursuant to a Court-approved distribution plan.

On February 15, 2006, one day before the Receiver was appointed, The Carolina Development Company, Inc. deposited $1,164,590.06 received from various parties. A recent Tenth Circuit Court of Appeals decision, SEC v. Covino, has raised the issue as to whether these "11th hour" payments should be directly returned to the parties that made the payments, or whether these "11th hour" payments should be retained in the receivership estate.

For this reason, the Receiver has brought this Motion seeking Court direction regarding whether the "11th hour" payments should be returned directly to the parties that made the payments or retained in the receivership estate.

PLEASE TAKE FURTHER NOTICE THAT in accordance with Local Rule 7-9, any objections to the Motion must be filed with the Court not later than fourteen (14) days before the date designated for the hearing of the motion as well as served on Sheppard, Mullin, Richter & Hampton LLP, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626-1993, Attention: Michael A. Wallin.

-2-

ALAN H. MARTIN, Cal. Bar No. 132301
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN,
RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAMBERT VANDER TUIG (a/k/a/ LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN, <br><br> Defendants. | Case No. SACV06-172 AHS(ANx) <br><br> Complaint Filed: February 16, 2006 <br><br> **NOTICE OF MOTION FOR ORDER ESTABLISHING SALES PROCEDURES IN CONNECTION WITH PROPOSED SALE OF REAL PROPERTY LOCATED IN CELINA, TEXAS** <br><br> [Motion For Order Establishing Sales Procedures In Connection With Proposed Sale Of Real Property Located In Celina, Texas Filed Concurrently Herewith] <br><br> Hearing: <br> Date: October 16, 2006 <br> Time: 10:00 a.m. <br> Place: Courtroom 10A <br> 411 W. Fourth Street <br> Santa Ana, California |

PLEASE TAKE NOTICE THAT on October 16, 2006 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the Motion For Order Establishing Sales Procedures In Connection With Proposed Sale Of Real Property Located In Celina, Texas ("Celina Sales Procedure Motion") will be heard (1) seeking approval of a form Purchase and Sale Agreement to be used in connection with the auction sale of The Carolina Development Company, Inc.'s (the "Company") real estate interest in Celina, Texas known as "Celina Bridges," (2) seeking approval of the auction Sales Procedures as outlined in the form Purchase and Sale Agreement, (3) requesting that the Court schedule a final hearing on December 4, 2006 in which the Receiver will seek final approval to sell Celina Bridges to the successful bidder at the live auction to be held on November 29, 2006, and (4) requesting that the Court waive the requirement to obtain three appraisals before the sale of the Property.

The Receiver is in a position to sell the Company's real property interest in Celina, Texas. In connection with this proposed sale, the Receiver has developed sales procedures that are intended to obtain the highest possible sales price for the Property. These sales procedures include, among other things, a live auction to be held on November 29, 2006.

In order to accomplish the prompt sale of Celina Bridges, the Receiver has brought this Motion requesting that this Court (1) approve the form Purchase and Sale Agreement to be used in connection with the auction sale of Celina Bridges, (2) approve the Sales Procedures as outlined in the form Purchase and Sale Agreement, (3) schedule a hearing on December 4, 2006 in which the Receiver will request that the Court approve the final sale of Celina Bridges to the successful bidder at the November 29, 2006 live auction, and (4) waive the requirement that three appraisals be obtained before the sale of this real estate asset.

-2-

Rec'd 26 Sp 2006

SANTA ANA CA 927
18 SEP 2006 PM

Thomas Seaman Company
1 Park Plaza, Suite 370
Irvine, CA 92614

Joseph Springer
11100 E 14th Ave
Aurora, CO 80010

80010+3552

ALAN H. MARTIN, Cal. Bar No. 132301
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar. No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile:  714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN,
RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. SACV06-172 AHS(ANx) |
| Plaintiff, | Complaint Filed: February 16, 2006 |
| v. | AMENDED NOTICE OF SECOND INTERIM FEE APPLICATIONS OF THOMAS A. SEAMAN, SHEPPARD MULLIN RICHTER & HAMPTON, AND COATS ROSE |
| LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN, | Old Date: September 11, 2006<br>Hearing:<br>New Date: October 2, 2006<br>New Time: 2:30 p.m.<br>Place: Courtroom 10A<br>411 W. Fourth Street<br>Santa Ana, California |
| Defendants. | |

-1-

---

PLEASE TAKE NOTICE THAT the hearing on the Second Interim Fee Applications of Thomas A. Seaman, Sheppard Mullin Richter & Hampton, and Coats Rose for compensation for services performed and costs incurred in connection with The Carolina Development Company, Inc. Receivership has been moved from September 11, 2006 to October 2, 2006 at 2:30 p.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"). The Fee Applications seek compensation for fees and reimbursement for costs incurred from May 1, 2006 through July 31, 2006 in the following amounts:

| Applicant | Fees | Costs |
|---|---|---|
| Thomas A. Seaman | $144,603.00 | $ 0.00 |
| Sheppard, Mullin, Richter & Hampton LLP | $206,981.50 | $ 7,868.72 |
| Coats, Rose, Yale, Rymen & Lee, P.C. | $ 15,487.50 | $ 665.69 |

PLEASE TAKE FURTHER NOTICE THAT in accordance with Local Rule 7-9, any objections to the Fee Applications must be filed with the Court not later than fourteen (14) days before the October 2, 2006 date designated for the hearing of the motion as well as served on all of the following parties: (i) Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin; and (ii) Coats Rose, 3 East Greenway Plaza, Suite 2000, Houston, Texas 77046, Attention: Arthur Val Perkins

-2-



DENVER CO 802
27 SEP 2006 PM 2 T

Joseph Springer M.D.
11100 E 14th Ave.
Aurora, CO 80010

To the presiding Judge
US District Court
Court Room 10A
411 w Fourth St.
Santa Ana, CA
92701

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 2 2006
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY