Nov 8 – 06 PSEND

Dear Judge,

As you know, I have no faith whatever, as a stockholder, in a Thomas A. Seaman, in my interest, though he so poses.

I suggest you obtain comparable property values to those listed in the enclosed motion, before you pass judgement on this motion.

I think Thomas Seaman is working *only* in the interest of "vultures" whose greed is much like his own.

Sincerely,

[signature]

Encl: copy of motion, dated Oct 19, 2006

Joseph Springer M.D.
11100 E 14th Ave.
Aurora, CO 80010

DOCKETED ON
NOV 17 2006
BY _____ 178
109

ALAN H. MARTIN, Cal. Bar No. 13230)
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN, RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN, <br><br> Defendants. | Case No. SACV06-172 AHS(ANx) <br><br> Complaint Filed: February 16, 2006 <br><br> **NOTICE OF MOTION FOR APPROVAL TO SELL REAL ESTATE IN MOORE COUNTY, NORTH CAROLINA** <br><br> [Motion For Approval To Sell Real Estate In Moore County, North Carolina Filed Concurrently Herewith] <br><br> Hearing: <br> Date: November 20, 2006 <br> Time: 10:00 a.m. <br> Place: Courtroom 10A <br> 411 W. Fourth Street <br> Santa Ana, California |

-1-

---

PLEASE TAKE NOTICE that on November 20, 2006 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the Motion For Approval To Sell Real Estate In Moore County, North Carolina (the "Motion") will be heard seeking approval to sell The Carolina Development Company, Inc.'s interest in the following real property assets ("Lots"):

| Lot | Street | Address | Golf Course | Sales Price |
|---|---|---|---|---|
| Lot 2133 | 2 | Weaver | Midsouth | $74,000 |
| Lot 2153 | 31 | E. Augusta Ln | Midsouth | $70,000 |
| Lot 2185 | 17 | E. Augusta Ln | Midsouth | $65,000 |
| Lot 2187 | 13 | E. Augusta Ln | Midsouth | $68,000 |
| Lot 2198 | 11 | E. Augusta Ln | Midsouth | $59,000 |
| Lot 2521 | 17 | Kings Ridge Ct | Midsouth | $51,000 |
| Lot 1114 | 222 | Plantation Drive | Midsouth | $74,000 |
| Lot 231 | 100 | Woodenbridge Ln | National | $78,000 |
| Lot 234 | 50 | Prestwick Ct | National | $91,000 |

PLEASE TAKE FURTHER NOTICE that in accordance with Local Rule 7-9, any objections to the Motion must be filed with the Court not later than fourteen (14) days before the date designated for the hearing of the motion as well as served on Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin.

-2-