RECEIVED
2006 DEC 19 PM 2:36
CHIEF JUDGE STOTLER - SA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 3 2007
CENTRAL DISTRICT OF CA
BY ___

DOCKETED ON CM
JAN - 4 2007
BY ___
178

SACV06-172-AHS(ANx)
SEC v. VanderTuig, et al.

Dec 12, 2006

To the presiding judge,

Please take note of the short dates.

"Blue star" should be inspected for its affiliation with Thomas A. Seaman. It should be obvious that there is collusion between them. The property referenced is obviously worth millions of dollars more than "Blue star" is "gladly" willing to pay for it. That the "Seaman sales promotion & procedures of sale would not be sold for less than 30 million dollars — should give you a clue that court approval of $25,570,000 is typical "white collar" theft.

You should get serious about this case — lest it blow up in your face as a fair & observant U.S. District Court Judge.

Sincerely,

Joseph Springer M.D.
11100 E 14th Ave
Aurora, CO 80010

144

ALAN H. MARTIN, Cal. Bar No. 132301
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN, RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAMBERT VANDER TUIG (a/k/a/ LAMBERT VANDER TAG a/k/a DEAN T. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN,<br><br>Defendants. | Case No. SACV06-172 AHS(ANx)<br><br>Complaint Filed: February 16, 2006<br><br>**NOTICE OF FINAL REPORT DETAILING THE RESULTS OF THE PROPOSED SALE OF REAL ESTATE IN CELINA, TEXAS**<br><br>[Final Report Detailing The Results Of The Sale Of Real Estate In Celina, Texas Filed Concurrently Herewith]<br><br>Hearing:<br>Date: December 18, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 10A<br>411 W. Fourth Street<br>Santa Ana, California |

Received 12/1/2006

-1-

---

PLEASE TAKE NOTICE THAT on December 18, 2006 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the Final Report Detailing The Results Of The Sale Of Real Estate In Celina, Texas (the "Final Report") will be heard seeking approval to sell an approximately 768 acre tract of land known as "Celina Bridges" (the "Property") to Blue Star Investments, Inc. ("Blue Star") for $25,570,000.

The Final Report has been filed pursuant to the Receiver's Motion For Order Establishing Sales Procedures In Connection With Proposed Sale Of Real Property Located In Celina, Texas And Setting Date To Confirm Sale (the "Celina Sales Procedures Motion"). In this motion the Receiver sought Court approval to sell the Property at a live auction to be held on November 29, 2006. The Celina Sales Procedures Motion provided that the Property would not be sold at the live auction for less than $30,000,000. The Court issued an order approving the Celina Sales Procedures Motion on October 27, 2006.

The Receiver complied with the procedures set forth in the Celina Sales Procedures Motion. However, none of the offers submitted by November 28 were greater than $30,000,000. Therefore, the Receiver entered into negotiations with Blue Star, the party that had offered to pay the highest price for the Property. After negotiations were complete, the Receiver and Blue Star agreed to a purchase price of $25,570,000. The Final Report details the results of the proposed sale and seeks Court approval to sell the Property to Blue Star for $25,570,000.

The Receiver is in the process of publishing notice of the sale in several newspapers as required by the Court. In these notices, any party interested in purchasing the Property for more than $25,570,000 is encouraged to contact the Receiver and make an overbid. All overbids received, if any, will be brought to the Court's attention by the Receiver by a supplemental report to be filed on December 14, 2006. If no acceptable overbid are received, the Receiver will

-2-

