FILED - SOUTHERN DIVISION
CLERK,

FEB - 6 2007

RECEIVED

SA CV 06-172 (AHS)(ANx)

2007 JAN 10  AM 9: 56    Jan 3, 2006

CHIEF JUDGE STOTLER - SA

To the presiding judge,

There is something very wrong concerning this matter, + Thomas A. Seaman.

The fees ("for cooperation") for "services performed" + reimbursement of costs" are willed to deplete the honest investment of those investors (share holders) as greedily as they can be done.

Surely there are among the "victims" we share-holders any number of professional people, i.e. lawyers, accountants, realtors, etc., who would, pro bono, in their own interest, take over Mr. Seaman's "operation."

Any sophisticated person would readily realize that Mr. Seaman has a primary interest in this matter, + that while pretending to "protect" the interest of the "victims" is acquiring gains in $, as he pretends to protect we - the victims!

Sincerely,

J. Springer, md

DOCKETED ON CM
FEB - 9 2007
BY

Joseph Springer M.D.
11100 E 14th Ave.
Aurora, CO  80010

172

ALAN H. MARTIN, Cal. Bar No. 132301
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN, RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN L VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.) AND JONATHAN CARMAN,

Defendants.

Case No. SACV06-172 AHS(ANN)

Complaint Filed: February 16, 2006

NOTICE OF RENEWED MOTION FOR APPROVAL TO SELL REAL ESTATE IN MOORE COUNTY, NORTH CAROLINA
[Renewed Motion For Approval To Sell Real Estate In Moore County, North Carolina Filed Concurrently Herewith]

Hearing:
Date: January 22, 2007
Time: 10:00 a.m.
Place: Courtroom 10A
411 W. Fourth Street
Santa Ana, California

*[handwritten notation:]* Received Jan 3 2007 the exhibit Notice doesn't appear to be in the same copy or in the envelope. Exhibit.

---

PLEASE TAKE NOTICE that on January 22, 2007 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the Renewed Motion For Approval To Sell Real Estate in Moore County, North Carolina (the "Renewed Motion") will be heard seeking approval to sell The Carolina Development Company, Inc.'s interest in the following real property assets ("Lots"):

| Lot | Street | Address | Golf Course | Sales Price |
|---|---|---|---|---|
| Lot 242 | 2 | Deacon Palmer | Midsouth | $40,000 |
| Lot 2133 | 2 | Weaver | Midsouth | $74,000 |
| Lot 2155 | 31 | E. Augusta Lane | Midsouth | $70,000 |
| Lot 2185 | 17 | E. Augusta Lane | Midsouth | $65,000 |
| Lot 2187 | 13 | E. Augusta Lane | Midsouth | $68,000 |
| Lot 2198 | 1 | E. Augusta Lane | Midsouth | $59,000 |
| Lot 2521 | 17 | Kings Ridge Court | Midsouth | $51,000 |
| Lot 1114 | 222 | Plantation Drive | Midsouth | $74,000 |
| Lot 231 | 100 | Woodenbridge Lane | National | $78,000 |
| Lot 234 | 50 | Prestwick Court | National | $91,000 |

PLEASE TAKE FURTHER NOTICE that in accordance with Local Rule 7-9, any objections to the Renewed Motion must be filed with the Court not later than fourteen (14) days before the date designated for the hearing of the motion as well as served on Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin.

A copy of the above-mentioned Motion is available at www.carolinareceivership.com. If you lack access to the internet, a copy of the motion can also be obtained by written request to Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin.

Dated: December 19, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
ALAN K. MARTIN
Attorneys for
THOMAS A. SEAMAN, RECEIVER



ALAN H. MARTIN, Cal. Bar No. 132301
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN, RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

LAMBERT VANDER TUIG (a/k/a/ LAMBERT VANDER TAG (a/k/a DEAN I. VANDER TAG); THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.) AND JONATHAN CARMAN,

Defendants.

Case No. SACV06-172 AHS(ANx)

Complaint Filed: February 16, 2006

NOTICE OF RENEWED MOTION FOR APPROVAL TO SELL REAL ESTATE IN ORANGE COUNTY, CALIFORNIA

[Renewed Motion For Approval To Sell Real Estate In Orange County, California Filed Concurrently Herewith]

Hearing:
Date: January 22, 2007
Time: 10:00 a.m.
Place: Courtroom 10A
411 W. Fourth Street
Santa Ana, California

-1-

PLEASE TAKE NOTICE that on January 22, 2007 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court") the Renewed Motion For Approval To Sell Real Estate In Orange County, California (the "Renewed Motion") will be heard seeking approval to sell the former residence of Jonathan and Debra Carman, having an address of 19 Skygate, Aliso Viejo, California, for $879,000.

PLEASE TAKE I FURTHER NOTICE that in accordance with Local Rule 7-9, any objections to the Renewed Motion must be filed with the Court not later than fourteen (14) days before the date designated for the hearing of the motion as well as served on Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin.

A copy of the above-mentioned Renewed Motion is available at www.carolinareceivership.com. If you lack access to the internet, a copy of the motion can also be obtained by written request to Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin.

Dated: December 28, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
ALAN H. MARTIN
Attorneys for
THOMAS A. SEAMAN, RECEIVER

-2-



Thomas Seaman Company
1 Park Plaza, Suite 370
Irvine, CA 92614

Springer, Joseph
11100 E 14th Ave
Aurora, CO 80010

B00010+3502-00  C034