SEND

SA CV 06-172-AHS (ANx)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____

RECEIVED
2007 JAN 10  AM 9: 57

Jan 3, 2007

CHIEF JUDGE STOTLER - SA

Dear presiding judge,

The date of the attached notice, & its mailing date (also attached) is plain evidence of the will of the Home Summon CO to deceive the Court & the honest "losers" in this duplicitous & criminal case! (made out to be civil)

Sincerely,

[signature], M.D.

Joseph Springer M D.
11100 E 14th Ave.
Aurora, CO 80010

FEB - 9 2007
DOCKETED ON CM
173

ALAN H. MARTIN, Cal. Bar No. 132201
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN,
RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAMBERT VANDER TUIG (a/k/a/ LAMBERT VANDER TAG), THE DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN, <br><br> Defendants. | Case No. SACV06-172 AHS(ANx) <br><br> Complaint Filed: February 16, 2006 <br><br> **NOTICE OF THIRD INTERIM FEE APPLICATIONS OF THOMAS A. SEAMAN, SHEPPARD MULLIN RICHTER & HAMPTON, AND COATS ROSE, AND FIRST INTERIM FEE APPLICATION OF HUGHES LUCE** <br><br> [Interim Fee Applications Of Thomas A. Seaman, Sheppard Mullin Richter & Hampton, Coats Rose, and Hughes Luce Filed Concurrently Herewith] <br><br> Hearing: <br> Date: January 8, 2007 <br> Time: 10:00 a.m. <br> Place: Courtroom 10A <br> 411 W. Fourth Street <br> Santa Ana, California |

[handwritten: Dated Nov 28, 2006 (See other side)]
[handwritten: Received Dec 30, 2006]

-1-

PLEASE TAKE NOTICE THAT on January 8, 2007 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the Third Interim Fee Applications of Thomas A. Seaman, Sheppard Mullin Richter & Hampton, and Coats Rose, and the First Interim Fee Application of Hughes Luce will be heard for compensation for services performed and costs incurred in connection with The Carolina Development Company, Inc. Receivership. The Third Interim Fee Applications seek compensation for fees and reimbursement for costs incurred from August 1, 2006 through October 31, 2006 in the following amounts:

| Applicant | Fees | Costs |
|---|---|---|
| Thomas A. Seaman | $189,306.00 | $0.00 |
| Sheppard, Mullin, Richter & Hampton LLP | $156,058.50 | $9,002.89 |
| Coats, Rose, Yale, Rymen & Lee, P.C. | $3,651.25 | $137.22 |

Hughes Luce's First Interim Fee Application seeks compensation for fees and reimbursement for costs incurred from September 26, 2006 through November 7, 2006 in the following amounts:

| Applicant | Fees | Costs |
|---|---|---|
| Hughes & Luce, LLP | $43,402.50 | $695.23 |

PLEASE TAKE FURTHER NOTICE THAT in accordance with Local Rule 7-9, any objections to the Fee Applications must be filed with the Court not later than fourteen (14) days before the date designated for the hearing of the motion as well as served on all of the following parties: (i) Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin, (ii) Coats Rose, 3 East Greenway Plaza, Suite 2000,

-2-


1  Houston, Texas 77046, Attention: Arthur Val Perkins, and (iii) Hughes & Luce,
2  LLP, 1717 Main Street, Suite 2800, Dallas, Texas 75201, Attention: Dwight A.
3  Shupe.
4
5        Copies of each of the above-mentioned Fee Applications are available
6  at www.carolinareceivership.com. If you lack access to the internet, a copy of each
7  application can also be obtained by written request to Sheppard, Mullin, Richter &
8  Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626,
9  Attention: Michael A. Wallin.
10
11 Dated: November 28, 2006
12
13                               SHEPPARD MULLIN RICHTER & HAMPTON LLP
14
15                               By /s/ Alan H. Martin
16                                  ALAN H. MARTIN
17                                  Attorneys for THOMAS A. SEAMAN,
                                     RECEIVER
18
19
20
...

-3-

W02-WEST:3MAW1\400058250.1

Thomas Seaman Company
1 Park Plaza, Suite 370
Irvine, CA 92614

00010+35902-00 C034

Springer, Joseph
11100 E 14th Ave
Aurora, CO 80010



Dec 26, 2006

June 6, 2006

To the Judge presiding:

This letter is to remind you, that I, as an investor in the Palmer Course Design Company, Arnold Palmer - President, Ed Seay, executive Vice-president & chief operating officer, find that the Thomas Seaman company has already sold off some of my investment to "insiders", in the matter of the SEC, v. Lambert Vander Tuig (aka various other names), addressed to this court, Case No. SACV06-172 AHS(ANx), complaint filed: February 16, 2006. Since these "sales" occurred before I received a letter. dated April 20, 2006, I am requesting that the court appoint a different receiver in this matter, and that the court find, that, since other well-to-do, high-profile "professional atheletes are obviously infovlved", that the court include them as defendents, in defending investors, of their well-gotten, and conventionally (hard work) earned gains, in the hearing before the Court, to be heard June 12, 2006, @ 10.00 a.m., Courtroom 10A, 411 W. Fourth Street, Santa Ana, California.

I have degrees, obviously bestowed upon me, by hard work, unlike the gains of "gifted" athletes. That they brag about their gains, as if intitled, and brought about by their "hard work", which is nothing more than play, I believe should not impress any just court in a Nation, that was born out of detestation of a person, who wills to rob, and abuse, as is written in the Declaration of Indepence.

Enclosed are pictures of some "gifted atheletes", who are involved in this "company", "the Carolina dervelopment Company", lest they admit to frivoulous use of their pictures, and name. We need not "kid" ourselves, high profile, and obviously rich people, know where and when their pictures are being presented.

Sincerely,


Joseph Springer, DDS, MS, MD.

Encl. pictures of 'high profile' peopld involved, and an obviously approved of, statement, by one of them, as to his gains.

# The CAROLINA COMPANY
## at Pinehurst







Joseph Springer M.D.
11100 E 14th Ave
Aurora, CO 80010

RECEIVED

DISTRICT COURT
OF CALIFORNIA
Deputy

To the Honorable Judge
U.S. District Court
Central Dist: 10A
411 W. Fourth St.
Santa Ana, CA
92701

