RECEIVED

SACV06-172-AHS (MLGx)
SEC v. VanderTuig

2007 MAR 26 PM 3:16

CHIEF JUDGE STOTLER - SA

SEND

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 28 2007

4131 Homestead
Irvine, CA 92604
March 23, 2007

Honorable Chief Judge
Alicemarie Stotler
US District Court
Central District of California
411 West Fourth Street
Santa Ana, CA 92701

DOCKETED ON CM
MAR 30 2007
BY ___ 178

Dear Judge Stotler:

My husband and I were investors in The Carolina Development Company, which is in receivership, Civil Case No. 8:06-CV-00172 (C.D. Cal). I understand you are the Judge in this case.

As we cannot afford to file a claim against Thomas Seaman & the "attorneys" claiming excessive funds charged, I am writing this letter to vent my feelings.

We cannot possibly understand why someone is allowed to make so much money off the misfortunes of others. A lot of investors had invested money they planned to retire on.

(194)

Thomas Seaman says that he only took 1% — the agents took 20%. Does that make it right? Usually the take is 10% and we know some of them were crooks. Seaman took 1% of all investors — 1,500. — The agents 20% of a few investors. Anyway no one should make that kind of money — there should be a law — corporate business etc. — no one is worth that much.

We also cannot understand why the US Justice System approves of these enormous $. Who and how are receivers appointed in the first place? I don't expect to see any changes to a system that is antiquated — language mumbo-jumbo (parzel tongue) that the common person could not possibly understand. It is a system for attorneys and certainly not "Justice for all." It will take a very long time — It needs to be done!

Hopefully something will come of something soon before all the money is gone. Right now it looks like a very long tunnel with no light in sight.

Yours truly
Diane McClare

LESTER S McCLARE
DIANE C McCLARE
4131 HOMESTEAD
IRVINE, CA 92604

SANTA ANA CA 927
24 MAR 2007 PM 4 T

Honorable Chief Judge
Alicemarie Stotler
US District Court
Central District of California
411 West Fourth Street
Santa Ana, CA 92701

CLERK US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

2007