

SACV 06-172-AHS(MLGx)
SEC v. Vander Twig

5619 N Cleo Ave.
Fresno, Ca 93722
March 23, 2007



Honorable Judge Alicemarie Stotler
U. S. Diostrict Court
    Central District of California
411 W. Fourth Street
Santa Ana, CA 92701

Dear Judge Stotler,

    I am writing this letter for the first time as one of the investors in the Carolina Company which the SEC closed down due, apparently, to the Principals being unprincipled.

    I must confess out the outset, when I asked the SEC attorney why he didn't appoint someone to run the company who knows how to develop property (which is what the assets were of the company) I was amazed at his answer. He stated that the "company" was too fraudulent and full of deception etc. that the only answer was to shut it down. What a lame answer! I know I'm not quoting his response accurately, but that was his position. There were plenty of people experienced in this line that could have salvaged a great great deal more than the inexperienced "receiver" who is next to worthless in this capacity. He doesn't know how to develop anything but his own bank account. That--asking for outrageous fees (and that of his counsels so that the i's are dotted correctly etc.and no one can come back at them later) and padding his own pckets and that of his high-priced clerks gettng 2-3 times the pay requisite for the "filing" etc. they do that almost anyone could do at a much lessor rate. NO one is looking out for the interests of the INVESTORS. All they are doing is whittling away at the few funds we have left after the "Receiver" chased away parties who were most probalby interested in bidding on the best asset we had. He THOUGHT he could get people to bid high on this when everybody knew ahead of time we were in a bind. Chasing away people with good credentials and make them go through hoops to "prove" they were serious, is most unconscionable!

    What we should have been offered was a chance to have someone run

the company--even if the name were changed--since the fraudulent pricipals were removed! The 1000 to 1500 investors were literally robbed of the opportunity to recoup their investment or possibly make a handsome profit. (As the buyers of the Dallas property will do). Instead, most will be lucky to receive a pittance and have to wait months if not years to get that back. This action of not allowing a CEO type to come in and develop the properties-- even under another name--is the most unconscionable act of which I have ever known. We even had a man, Robert Hotchkiss, as a heavy investor, who had been asked to take over a company after similar things happened in the Chicago area. That company didn't have any assets as we once had. I can't begin to tell you as you probably are already aware, how the Receiver, the SEC attorneys and the Court's complicity have litterally RUINED the lives of many of the Investors in the Carolina Company. And now, the Reciever is asking for more money for his useless involvement and he'll keep on aking for more until he drains everythng dry.

    I am one of the few who received "collateral" for our investment along with the "shares", such as it is. I'm wondering what the next step of those handling the investors' interest will be to try and take that away from us, too. I NEVER would have gone into this investment without the "security" of the lien on the the lots I received as collateral for my investment. I was even supposed to receive another lot as security for an additional $90,000 invested which got "lost" in the shuffle, So-to-speak. So, now I have papers that say I have security in 3 lots instead of 4 for my 1/4 million dollar investment! HOW NEXT WILL I BE CHEATED OUT OF THIS, I WONDER?

    Whatever you can do to alleviate a rotten situation in which everyone has placed the Investors (for whom everyone is supposedly trying to do their "best" ) will be appreciated, I'm sure.

Respectfully submitted,

*[signature]*

Albert E. Toovy



FRESNO CA 937
24 MAR 2007 PM 1 T

Honorable Judge Aleemarie Stotler
U.S. District Court
Central District of California
411 W. Fourth Street
Santa Ana, CA 92701

Toovy
5619 N Cleo Ave
Fresno, CA 93722

