SACV06-172 AHS (ANx)
SEC vs. Lambert Vander, et al.
Case 8:06-cv-00172-JLS-MLG   Document 197   Filed 03/22/07   Page 1 of 5   Page ID #:270

March 18, 2007

Dear presiding Judge,

I am a professional man, and have by way of education, acquired gains sufficient to make investments of substantial quantity.

I wish to remind you, that the SEC granted initial privilege to the "defendants" in this matter, knowing that the primary initiator of the venture, already had been found guilty of SEC violations. The SEC then, following their previous prosecution, their approval, removed from the "defendant's" the venture, why, has yet not been explained, & then handed over the liquidation of the venture to Thomas Seaman. I have no faith whatever in this person. That he consistently short dates his "applied fees", including, business associates, making formal protest virtually impossible for the victim investors, is his practice.

I wish to remind you, that

the initial venture was apparently endorsed by these high profile rich & famous persons, namely Arnold Palmer, Grey Norman, & Jack Nicklaus. Have you made any inquiry as to the extent of their involvement in terms of profit in the "venture", & if so, their liability to the victim investors? Similarly, should there not be a consideration liability made of the SEC?

Mr. Seamon & "associates" are bleeding this venture in greed, while pretending to guard those being bled! This matter smacks of Enron, & worse!

I am sure that there are any number of attorneys & accountants - investors, who would & can protect what remains of the "venture", if one in authority (you) permit it.

Mr. Seamon was appointed by the SEC, a government agency, who gave permission to a known swindler(s) & who then, took away this permission, then placed the venture into "receivership" without explanation, & handed the receivery over to Mr. Seamon.

Sincerely,

Mr. Joseph Springer
11100 E. 14th Ave.
Aurora, CO 80010-3502

ALAN H. MARTIN, Cal. Bar No. 132301
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL A. WALLIN, Cal. Bar No. 240344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
amartin@sheppardmullin.com

Attorneys for THOMAS A. SEAMAN,
RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAMBERT VANDER TUIG (a/k/a/ DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN,<br><br>Defendants. | Case No. SACV06-172 AHS(ANx)<br><br>Complaint Filed: February 16, 2006<br><br>**NOTICE OF FOURTH INTERIM FEE APPLICATIONS OF THE RECEIVER AND SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br><br>[Fourth Interim Fee Applications Of The Receiver And Sheppard Mullin Richter & Hampton Filed Concurrently Herewith]<br><br>Hearing:<br>Date: April 2, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 10A<br>411 W. Fourth Street<br>Santa Ana, California |

---

PLEASE TAKE NOTICE THAT on April 2, 2007 at 10:00 a.m. in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701 (the "Court"), the Fourth Interim Fee Applications of Thomas A. Seaman and Sheppard Mullin Richter & Hampton will be heard for compensation for services performed and costs incurred in connection with The Carolina Development Company, Inc. Receivership. The Fourth Interim Fee Applications seek compensation for fees and reimbursement for costs incurred from November 1, 2006 through January 31, 2007 in the following amounts:

| Applicant | Fees | Costs |
|---|---|---|
| Thomas A. Seaman | $109,320.00 | 0.00 |
| Sheppard, Mullin, Richter & Hampton LLP | $178,954.50 | $9,238.52 |

PLEASE TAKE FURTHER NOTICE THAT in accordance with Local Rule 7-9, any objections to the Fee Applications must be filed with the Court not later than fourteen (14) days before the date designated for the hearing of the motion as well as served on Sheppard, Mullin, Richter & Hampton, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626, Attention: Michael A. Wallin.

Thomas Seaman Company
1 Park Plaza, Suite 370
Irvine, CA 92614

Received 3/14/07

Springer, Joseph
11100 E 14th Ave
Aurora, CO 80010





DENVER CO 802

19 MAR 2007 PM 2 L

RECEIVED

MAR 2 2 2007

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy

J. H. Beasley
Judge
U.S. District Court
Court Room 10-A
411 W. Fourth St.
Santa Ana, CA 92701



Mr. Joseph Springer
11100 E. 14th Ave.
Aurora, CO 80010-3502