Rev. Daniel C. Mack
6 Carey Ct.
Aliso Viejo, Ca. 92656

031007



Honorable Chief Judge Alicemarie Stotler
U.S. District Court
Central District of California
411 W. Fourth Street
Santa Ana, Ca. 92701

Honorable Chief Judge Alicemarie Stotler,
I am writing you concerning the unfortunate events surrounding the operation and subsequent termination and investigation of the Carolina Development Company. I was not only an employee of that company for a short time, but was also an investor who invested most of my life-long IRA funds. I also invested on behalf of my two daughters for their future educational needs and had no reason to believe that anything illegal, unethical, or immoral was taking place at the time.

Since the SEC and Receiver have stepped in, I have also attended several "investor meetings" whereby the Receiver has reported on his "progress". I have also watched how he represents that progress to investors and I'm only sorry that I have not written this letter sooner.

As investors, there is the feeling that there is little or nothing that we can do to affect the legal handling of this receivership. We're told that once the matters of the Carolina Development Company were assigned to the receiver, that it was his job to liquidate and disperse the assets to the investors.

1

We have also watched how the only official information that has come out of this investigation is that of the receiver, who also warns that he and he alone is the only source of reliable information. As investors, we have been wondering when we might hear from the "other side" concerning what went on at the Carolina Development Company, not to mention what, if any, recourse we might have other than to accept whatever actions the receiver chooses to take.

I was present in the courtroom when one attorney for the investors was not allowed to continue representing the investors.

As an investor in the Carolina Development Company, I am very concerned as to what happens to my investment. But as a former employee, it also concerns me greatly when I hear from the receiver's lips and see in his published reports information that was not true from my experience.

I specifically site the attention he highlights in his presentations concerning the commissions which he claims salespeople earned. I've heard him at his "investor meetings" tell investors that 20% of the funds raised by the Carolina Development Company went to pay salespeople. Just last week he sent out an email in response to another justly concerned investor, not only reiterating the same information, but also defending the way he has conducted his receivership. In that email the receiver not only defends his expenses on the basis that they are less than 1% of what the Carolina Development Company raised when salespeople got 20%, but characterizes what the salespeople did as "robbery".

I object, your Honor, not only to the continued statements by the receiver that salespeople received 20%, but also to the receiver's representation that I robbed anyone.

2

As God is my judge, (and the name "Dani'el" means just that), I never received more than 15%, the amount which was stated in the Private Placement Memorandum distributed by the Carolina Development Company. In some cases, because of the relatively small amounts my investors chose to invest, I received only 10%. If one takes into consideration that I was not even able to cash my last check when the company's bank accounts were frozen, then this makes those percentages even lower. This means that the receiver has been misrepresenting the truth. This can be born out by the facts in my situation. It also means that he has been doing so in my case by a factor of anywhere from 33-100% or more.

It also means that if he is not misrepresenting the truth, that the receiver must be speaking in "averages". Though that has never been said, if I am to give him that benefit of a doubt, then it means that other salespeople received much, much more than 20% commissions to raise those averages so high. But, if this is true, then it also means that the receiver is not being completely honest, and is coming after me as though I was one of those.

If I know the facts have been misrepresented in any instance by one who I believe is supposed to be defending the truth, then why should I or anyone trust that he isn't exaggerating the truth to his benefit (and he will get paid whether he does a good job for us investors or not)?

While in attendance at one of the last "investor meetings" where the receiver spoke, I also noticed how he highlighted and drew attention to the collective figure of around 10 million dollars in a list of figures representing a breakdown of where the Carolina Development Company's funds went. The more the investors

alternative courses of action do we as investors or former employees have?

With all due respects.

Sincerely,

Rev. Daniel C. Mack
6 Carey Ct.
Aliso Viejo, Ca. 92656

5



Rev. Donald C. Mack
6 Carey Ct.
Aliso Viejo, Ca. 92656

CERTIFIED MAIL
7006 3450 0001 3492 5014

U.S. POSTAGE PAID
LAGUNA NIGUEL, CA 92607
MAR 20, '07
AMOUNT $4.88
00100370-02

Honorable Chief Judge Alicemarie Stotler
U.S. District Court
Central District of California
411 W. Fourth Street
Santa Ana, Ca. 92701

2007 MAR 21  PM 4:5
CHIEF JUDGE STOTLER

RETURN RECEIPT REQUESTED