RECEIVED
2007 MAY 29 PM 1:25
CHIEF JUDGE STOTLER - SA

FILED
CLERK U.S. DISTRICT COURT
MAY 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SEC v Vander Twig

Honorable Chief Judge Alicemarie Stotler
U.S. District Court
Central District of California
411 W. Fourth Street
Santa Ana, Ca. 92701

May 18, 2007

    I am an investor in the Carolina Development Company. I am a very small investor compared to most. As I read the report I received one day ago, I feel concerned that the employees are being accused of investing money that was ill gotten. I feel the money many invested may have been their own before they began working for the company. Am I wrong in the way I understood the report?

    As I understand it people who worked for the company in good faith, never suspecting it to be a fraud or illegal, invested their personal dollars of hard earned money.....not of which they earned while working for the company. In all fairness to them, I feel it is unjust to say they will not be included in the distribution, if any. It seems to me, as though they are accused of being dishonest from the beginning of their employment. Please read the report with this thought in mind. It is on my conscience not to say anything so I am writing this to you.

    Graciously asking for your time, and thanking you in advance.

Sincerely,

*Rosemarie Mack*

Rosemarie Mack
30342 Long Valley Drive
Temecula, Ca. 92591

DOCKETED ON CM
JUN 4 2007
074
230

Rosemarie Mack
30342 Long Valley Drive
Temecula, Ca. 92591

Honorable Chief Judge Alicemarie Stotler
U.S. District Court
Central Dist. of California
411 W. Fourth Street
Santa Ana, Ca. 92701