1

2

NOTE: CHANGES MADE BY THE COURT

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN,<br><br>    Defendants. | Case No. SACV06-172AHS(MLGx)<br><br>Complaint Filed:  February 16, 2006<br><br>**ORDER FINDING DEFENDANT LAMBERT VANDER TUIG IN CONTEMPT OF THE SEPTEMBER 20, 2007 CONTEMPT ORDER AND AWARDING ATTORNEYS' FEES IN THE AMOUNT OF $13,332.00** |

21

22

23

24

25

26

27

28

-1-

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Order to Show Cause re Defendant Lambert Vander Tuig's ("Vander Tuig") Contempt of the September 20, 2007 Contempt Order came on for hearing on Monday, March 3, 2008 in Courtroom 10A of the above-entitled Court, the Honorable Alicemarie H. Stotler, judge presiding.  The Receiver appeared by and through its counsel Norma V. Garcia of the law firm Sheppard, Mullin, Richter & Hampton LLP.  The defendant Lambert Vander Tuig personally appeared along with counsel Steven Goldsobel of the Law Office of Steven Goldsobel.

The Court having read and considered the facts, all the evidence set forth in the papers submitted, and the inferences reasonably deductible therefrom, and having heard oral argument, finds as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

Vander Tuig is in violation of the September 20, 2007 Contempt Order:

1)  The September 20, 2007 Contempt Order entered against Vander Tuig stands for his failure to turnover $573,000, plus interest in the amount of $61,648.29 to the Receiver for benefit of the estate.  Vander Tuig has failed to comply with same.

2)  Vander Tuig failed to make a showing that he has the present inability to comply with the September 20, 2007 Contempt Order or that he made his best efforts to comply with the September 20, 2007 Contempt Order.

3)  Vander Tuig is hereby sanctioned in the amount of $500,000 for his failure to comply with the September 20, 2007 Contempt Order.  Vander Tuig shall pay forthwith to the United States Central District Court the total amount of $500,000, plus post-judgment interest as of entry of this order, pursuant to 28 U.S.C.

1   section 1961.

2        4)    Vander Tuig is further ordered to forthwith pay to the Receiver

3   for benefit of the estate, as previously ordered, the outstanding $573,000, plus

4   interest pursuant to 28 U.S.C. section 1961.

5        5)    Vander Tuig is further ordered to pay forthwith attorney fees to

6   the Receiver, as previously granted, in the amount of $1875, plus interest pursuant

7   to 28 U.S.C. section 1961.

8        6)    Vander Tuig is further ordered to pay forthwith additional

9   attorneys' fees to the Receiver for preparation for and appearance at the Order to

10  Show Cause re Contempt hearing in the amount of $13,332.00, plus interest,

11  pursuant to 28 U.S.C. section 1961.

12

13  Dated: <u>April 11, 2008</u>

14                    ALICEMARIE H. STOTLER

15                    CHIEF U.S. DISTRICT COURT JUDGE

16

17        Respectfully submitted by,

18

19  DATED:  March 27, 2008

20                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

21

22        By    //S// *NORMA V. GARCIA*

23                    NORMA V. GARCIA

24                    Attorneys for the Receiver
                      THOMAS A. SEAMAN

25

26

27

28

W02-WEST:3NVG1\400768183.1

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |

| | |
|---|---|
| | Statistics Clerk |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service -  Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

***ADD NEW NOTICE PARTY***
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):



*E-mail:

*Fax No.:

 * For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***




**Initials of Deputy Clerk** _____