ALAN H. MARTIN, Cal. Bar No. 132301
amartin@sheppardmullin.com
NORMA V. GARCIA, Cal. Bar No. 223512
ngarcia@sheppardmullin.com
MICHAEL A. WALLIN, Cal. Bar No. 240344
mwallin@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for
THOMAS A. SEAMAN, RECEIVER

FILED
CLERK U.S. DISTRICT COURT

OCT - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAMBERT VANDER TUIG (a/k/a/ LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN,<br><br>Defendants. | Case No. SACV06-172AHS(MLGx)<br><br>Complaint Filed: February 16, 2006<br><br>[PROPOSED] JUDGMENT (ELIZABETH QUIROZ) |

W02-WEST:3MAW1\401027910.1                                -1-

AO 450 (Rev. 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION )
                 Plaintiff )
                v. )    Civil Action No. SACV 06-172 AHS(MLGx)
LAMBERT VANDER TUIG, et al. )
                Defendant )

**Judgment in a Civil Case**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge Alicemarie H. Stotler _____ without a jury and the following decision was reached.

It is ordered that *(check one)*:

☒ the plaintiff *(name)* Thomas A. Seaman, court-appointed receiver for The Carolina Development Company, Inc. and related entities recover from the defendant *(name)* Elizabeth Quiroz the amount of Three Hundred Twenty Four Thousand Two Hundred Thirty Seven and 64/100 dollars ($ 324,237.64 ) with prejudgment interest at the rate of 0 % and postjudgment interest at the rate of 2 %,[1] ~~along with costs.~~

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

Date: October 2, 2008

LORI ANDERSON

---

[1] 28 U.S.C. Section 1961 provides that postjudgment interest shall accrue at a rate equal to the weekly average 1-year constant maturity Treasury yield for the preceding calendar. As of July 16, 2008, this yield was 2.25%.

American LegalNet, Inc.
www.FormsWorkflow.com