ALAN H. MARTIN, Cal. Bar No. 132301
amartin@sheppardmullin.com
NORMA V. GARCIA, Cal. Bar No. 223512
ngarcia@sheppardmullin.com
MICHAEL A. WALLIN, Cal. Bar No. 240344
mwallin@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for
THOMAS A. SEAMAN, RECEIVER

FILED
CLERK U.S DISTRICT COURT
OCT -2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAMBERT VANDER TUIG (a/k/a/ LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN,<br><br>Defendants. | Case No. SACV06-172AHS(MLGx)<br><br>Complaint Filed: February 16, 2006<br><br>[PROPOSED] JUDGMENT (FRED LEE MILLER) |

W02-WEST:3MAW1\401027917.1

-1-

◆ AO 450 (Rev. 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION </br>Plaintiff </br>v. </br>LAMBERT VANDER TUIG, et al. </br>Defendant | ) </br>) </br>) Civil Action No. SACV 06-172 AHS(MLGx) </br>) </br>) |

### Judgment in a Civil Case

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge  Alicemarie H. Stotler  without a jury and the following decision was reached.

It is ordered that *(check one)*:

☒ the plaintiff *(name)*  Thomas A. Seaman, court-appointed receiver for The Carolina Development Company, Inc. and related entities  recover from the defendant *(name)*  Fred Lee Miller  the amount of  Three Hundred Thirty Thousand Nine Hundred Five and 46/100  dollars ($ 330,905.46 ) with prejudgment interest at the rate of  7  %[1] and postjudgment interest at the rate of  2  %,[2] ~~along with costs.~~

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

Date: October 2, 2008

_____
Signature of Clerk of court

1146

---

[1] As provided in the Court's Order entered September 11, 2007, Mr. Miller was ordered to pay $35,601.80 in prejudgment interest (covering the period February 16, 2006 through August 31, 2007).

[2] 28 U.S.C. Section 1961 provides that postjudgment interest shall accrue at a rate equal to the weekly average 1-year constant maturity Treasury yield for the preceding calendar. As of July 16, 2008, this yield was 2.25%.

American LegalNet, Inc. </br>www.FormsWorkflow.com