ALAN H. MARTIN, Cal. Bar No. 132301
amartin@sheppardmullin.com
NORMA V. GARCIA, Cal. Bar No. 223512
ngarcia@sheppardmullin.com
MICHAEL A. WALLIN, Cal. Bar No. 240344
mwallin@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for
THOMAS A. SEAMAN, RECEIVER

FILED
CLERK U.S DISTRICT COURT
OCT - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN, <br><br> Defendants. | Case No. SACV06-172AHS(MLGx) <br><br> Complaint Filed: February 16, 2006 <br><br> [PROPOSED] JUDGMENT (WILLIAM SEAN BRAZNEY) |

W02-WEST:3MAW1\401027912.1

-1-

*AO 450 (Rev. 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION )
            Plaintiff )
            v. ) Civil Action No. SACV06-172AHS(MLGx)
LAMBERT VANDER TUIG, et al. )
            Defendant )

## Judgment in a Civil Case

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge  Alicemarie H. Stotler  without a jury and the following decision was reached.

It is ordered that *(check one)*:

☒ the plaintiff *(name)*  Thomas A. Seaman, court-appointed receiver for The Carolina Development Company, Inc. and related entities  recover from the defendant *(name)*  William Sean Brazney  the amount of Two Hundred Three Thousand Six Hundred Seventy Two and 15/100 dollars ($ 203,672.15 ) with prejudgment interest at the rate of  7  %[1] and postjudgment interest at the rate of  2  %,[2] ~~along with costs.~~

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

Date: October 2, 2008

_____ of court
LORI ANDERSON
1146

---

[1] As provided in the Court's Order entered September 11, 2007, Mr. Brazney was ordered to pay $21,912.66 in prejudgment interest (covering the period February 16, 2006 through August 31, 2007).
[2] 28 U.S.C. Section 1961 provides that postjudgment interest shall accrue at a rate equal to the weekly average 1-year constant maturity Treasury yield for the preceding calendar. As of July 16, 2008, this yield was 2.25%.