FILED

2015 NOV 24  PM 4: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

RECEIVED
BUT NOT FILED

NOV 12 2015

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY         DEPUTY

1  Karen Good – Judgment Enforcement Bureau
   P.O. Box 15703
2  Irvine, CA 92623
   Telephone: 714-398-8463
3  Facsimile:  949-502-5544
   kmg@primary.net
4
5  Judgment Creditor
6
7
8
9
10
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC., (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHON CARMAN, et al.<br><br>    Defendants. | Case No.: SACV06-172AHS(MLGx)<br><br>**ACKNOWLEDGEMENT OF RE-ASSIGNMENT OF JUDGMENT**<br><br>FROM:  Karen M. Good dba Judgment Enforcement Bureau, Assignee of Record<br><br>TO:       Thomas A. Seaman, Receiver<br><br>[CCP §673; §681.020; Civil Code §954.50] |

COMES NOW, KAREN GOOD d/b/a JEB – Judgment Enforcement Bureau, Assignee

of Record entered in the above entitled action, pursuant to California Code of Civil Procedure

§673, in exchange for valuable consideration and to facilitate collection of the judgment debt in

the above entitled action, who hereby acknowledges the irrevocable re-assignment by said

ACKNOWLEDGEMENT OF RE-ASSIGNMENT OF JUDGMENT
1

Assignee of Record to THOMAS A. SEAMAN, COURT APPOINTED RECEIVER for the

Carolina Development Company and related entities.

Judgment Creditor in the above-entitled matter, and hereby provides the following in

support of this Acknowledgement of Re-Assignment of Judgment.

1. THAT Judgment in Case No. SACV06-172 AHS (MLGx) was entered by this court on or about October 2, 2008, against FRED LEE MILLER.

2. THAT Thomas A. Seaman, Court Appointed Receiver for the Carolina Development Company and related entities, HEREINAFTER Referred to as "**Receiver Seaman**" was awarded a Judgment against defendant FRED LEE MILLER, hereinafter referred to as "**Defendant**" in the sum of **$330,905.46** plus post judgment interest at the legal rate thereon;

3. THAT, the undersigned Karen Good d/b/a JEB – Judgment Enforcement Bureau, of P.O. Box 15703, Irvine, CA 92623, is the Assignee of Record;

4. THAT, said Assignee of Record has irrevocably, and without recourse, transferred, conveyed and assigned ALL right, title and interest in, and to, said Judgment to THOMAS A. SEAMAN, at 3 Park Plaza, Suite 550, Irvine, CA 92614; And, THAT said Judgment is real, marketable, and legally obtained, and it has not been satisfied or canceled, and that no other assignment of this judgment has been made by the Assignee of Record;

5. THAT the last known address of record for the Defendant Judgment Debtor – Fred Lee Miller is 25501 Crown Valley Parkway, Suite 207, Ladera Ranch, California 92694;

6. THAT, the Undersigned warrants that she is fully authorized to execute this Acknowledgement of Re-Assignment on behalf of, and to so bind, the Judgment Assignee of Record and that this Judgment Assignee of Record does hereby authorize

THOMAS A. SEAMAN, as sole Judgment Creditor, to recover, compromise, settle, and

enforce said judgment, including any recoverable costs arising out of such judgment

enforcement, to the fullest extent permissible by law.


Signed this 9 day of November, 2015 in Orange County, California.

By _____

Karen Good d/b/a JEB – Judgment Enforcement Bureau, Assignee of Record


**NOTARY FOR ACKNOWLEDGMENT OF JUDGMENT**

STATE OF CALIFORNIA )

COUNTY OF ___Orange___ )

On ___11/09___, 2015, before me, TAREK ALABDULLAH, a Notary

Public in and for said County and State, personally appeared Karen Good, who proved to me on

the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the

within instrument and acknowledged to me that he/she/they executed the same in his/her/their

authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or

the entity upon behalf of which the person(s) acted, executed the instrument.


I certify under PENALTY OF PERJURY under the laws of the State of California that the

foregoing paragraph is true and correct.


WITNESS my hand and official seal.

TAREK ALABDULLAH
COMM. #2059442
Notary Public - California
Orange County
My Comm. Expires Feb. 28, 2018

_____ (Seal)
*NOTARY PUBLIC SIGNATURE*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

ACKNOWLEDGEMENT OF RE-ASSIGNMENT OF JUDGMENT

3

Karen Good – Judgment Enforcement Bureau
P.O. Box 15703
Irvine, CA 92623
Telephone: 714-398-8463
Facsimile: 949-502-5544
kmg@primary.net

Judgment Creditor

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Case No.: SACV06-172AHS(MLGx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF ACKNOWLEDGMENT OF RE-ASSIGNMENT OF JUDGMENT (FRED LEE MILLER)** |
| LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC., (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHON CARMAN, et al. | |
| Defendants. | |

**PROOF OF SERVICE**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I declare:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15333 Culver Dr., Suite 340-672, Irvine, CA 92604.

On November 20, 2015, I served the following document described as **ACKNOWLEDGEMENT OF RE-ASSIGNMENT OF JUDGMENT (FRED MILLER)** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Fred Lee Miller
New Heritage, LLC
25501 Crown Valley Parkway
Suite 207
Ladera Ranch, California 92694

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2015, at Irvine, California

Fred Nottage