ALAN H. MARTIN, Cal. Bar No. 132301
amartin@sheppardmullin.com
MATTHEW B. HOLBROOK, Cal. Bar No. 280729
mholbrook@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for
THOMAS A. SEAMAN, RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAMBERT VANDER TUIG (a/k/a LAMBERT VANDER TAG a/k/a DEAN I. VANDER TAG), THE CAROLINA DEVELOPMENT COMPANY, INC. (a/k/a THE CAROLINA COMPANY AT PINEHURST, INC.), AND JONATHAN CARMAN,<br><br>　　　　　　Defendants. | Case No. 8:06-cv-00172-AHS-MLG<br><br>**NOTICE OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S FOURTEENTH AND FINAL FEE APPLICATION**<br><br>*[Sheppard, Mullin, Richter & Hampton LLP's Fourteenth and Final Fee Application and Proposed Order filed concurrently herewith]*<br><br>Hearing:<br>Date: April 25, 2016<br>Time: 9:30 a.m.<br>Place: Courtroom 650<br>　　　255 East Temple Street<br>　　　Los Angeles, California 90012<br><br>Judge: Hon. George H. King<br><br>Complaint Filed: February 16, 2006 |

SMRH:475777571.1

-1-

PLEASE TAKE NOTICE that Sheppard Mullin Richter & Hampton LLP's Fourteenth and Final Fee Application (the "Fee Application") seeking compensation for services performed and costs incurred in connection with The Carolina Development Company, Inc. receivership will be heard as follows:

Date: April 25, 2016
Time: 9:30 a.m.
Location: United States District Court for the Central District of California, Southern Division, located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 650 (the "Court").

The Fee Application seeks compensation for fees in the amount of $56,284.00 and reimbursement of costs in the amount of $468.79 incurred from November 1, 2013 through February 29, 2016 and approval of additional fees and expenses which may be incurred from and after March 1, 2016 in an amount up to $3,982. The Fee Application also seeks final approval of all of Sheppard Mullin Richter & Hampton LLP's fees and costs previously approved by the Court on an interim basis during the pendency of this case.

PLEASE TAKE FURTHER NOTICE THAT in accordance with Local Rule 7-9, any objections to the Fee Application must be filed with the Court not later than twenty-one (21) days before the date designated for the hearing of the motion as well as served on Sheppard, Mullin, Richter & Hampton LLP, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626-1993, Attention: Matthew B. Holbrook.

The complete Fee Application is available at www.carolinareceivership.com.  If you lack access to the internet, a copy of the application can also be obtained by written request to Sheppard, Mullin, Richter & Hampton LLP, 650 Town Center Drive, Fourth Floor, Costa Mesa, California 92626-1993, Attention:  Matthew B. Holbrook.

Dated:  March 21, 2016

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     */s/ Matthew B. Holbrook*
ALAN H. MARTIN
MATTHEW B. HOLBROOK
Attorneys for
THOMAS A. SEAMAN, RECEIVER