April 20, 2016

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

To the Honorable George H. King,

I am sending this to you as it concerns case No 8:06-cv-00172-AHS-MLG

Please receive this in the form of a motion of objection to the fee application by the attorneys, and their wishes to conclude the affairs of the receivership. You may wish to call the previous Judge in this matter to get her opinion about it.

If you will give your best attention, you may find this case, replete with abuse by the attorneys involved, in terms of a cost to benefit ratio to the stock holders. If you will further review it, the so-called defendants are apparent Ponzi schemers, who by pleading a 5th amendment were exonerated by the SEC.

The point being, we stock holders are substantially removed of a lot of money, as a result of the action taken by the plaintiff to begin with. Maybe wish the SEC had been a little more observant, whence it granted the defendants privileges to conduct their style of business.

Thank you for your attention to my motion.

Joseph Springer, M.D.



Joseph Springer
1017 Cuba Ave
Alamogordo NM 88310-5815



Hon. George H. King
U.S. District Court
Courtroom 650
255 East Temple St
Los Angeles, CA 90012

RECEIVED
APR 2[6]
HON. GEORGE H. KING
CHAMBERS OF

RECEIVED
APR 26 2016
CHAMBERS OF