E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 06-00172-AHS | Date | April 27, 2016 |
|---|---|---|---|
| Title | *Securities and Exchange Commission v. Lambert Vander Tuig, et al.* | | |

**Presiding: The Honorable**  **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE**

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**   **(In Chambers) Order re:** Letter received April 26, 2016

On April 26, 2016, the Court received a letter from Joseph Springer, M.D. that raises an objection to the pending motions filed by Receiver Thomas S. Seaman and his counsel to conclude the affairs of the receivership and to receive approval for their final fee applications. We direct the Clerk of Court to file the letter as of the date it was received. We now direct Plaintiff and Receiver to file a response to Springer's letter **within fourteen days** of entry of this Order.

**IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk   Bea